# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:10mj26

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| 407 HIGH CAMPS DRIVE, MARION, ) | ORDER |
| McDOWELL COUNTY, N.C. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon Randall Dickinson Gardner-Weiss's Motion to Unseal Search Warrant. In accordance with Local Criminal Rule 55.1(G), applicant filed the instant motion seeking to unseal the application underlying a warrant issued for the search of the above premises, which he contends occurred on May 24, 2010. On July 30, 2010, the United States Attorney advised that she has no objection to the relief sought and further advised that a return would be made on such warrant August 9, 2010.

## ORDER

**IT IS, THEREFORE, ORDERED** that Randall Dickinson Gardner-Weiss's Motion to Unseal Search Warrant (#2) is **GRANTED,** and the application for search warrant, and any attachments thereto, are **UNSEALED**.

Signed: July 30, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge